# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Applicant,<br><br>v.<br><br>TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>                Respondents. | Civil Action No. 1:21-mc-00810 (JPO)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Respondents Terraform Labs PTE Ltd. and Do Kwon appeal to the United States Court of Appeals for the Second Circuit from the Order dated and entered February 17, 2022 (Dkt. No. 28) granting the U.S. Securities and Exchange Commission's ("SEC") application for an order requiring compliance with investigative subpoenas for documents and testimony in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164).

| | |
|---|---|
| Dated: February 22, 2022 | Respectfully submitted,<br><br>*/s/ Douglas W. Henkin*<br>Douglas W. Henkin<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6832<br>Facsimile: (212) 768-6800<br><br>Nicholas W. Petts (*pro hac vice* forthcoming)<br>1900 K Street NW<br>Washington, D.C. 20006<br>Telephone: (202) 496-7356<br>Facsimile: (202) 496-7756<br><br>*Counsel for Respondents Do Kwon and Terraform Labs PTE, Ltd.* |

## CERTIFICATE OF SERVICE

I, Douglas Henkin, an attorney, hereby certify that on February 22, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Douglas W. Henkin*
Douglas W. Henkin

APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21−mc−00810−JPO

| | |
|---|---|
| U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al<br>Assigned to: Judge J. Paul Oetken<br>Related Case: 1:21−cv−08701−JPO<br>Cause: M 18−304 Administrative Subpoena Proceedings | Date Filed: 11/12/2021 |

**Petitioner**

| | | |
|---|---|---|
| **U.S. Securities and Exchange Commission** | represented by | **James Patrick Connor**<br>U.S. Securities and Exchange Commission (DC)<br>100 F Street, NE<br>Washington, DC 20549<br>202−551−8394<br>Email: connorja@sec.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Terraform Labs Pte Ltd.** | represented by | **Douglas W Henkin**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212−768−6832<br>Email: douglas.henkin@dentons.com<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Do Kwon** | represented by | **Douglas W Henkin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2021 | 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA against Do Kwon, Terraform Labs Pte Ltd..Document filed by U.S. Securities and Exchange Commission.(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE MISCELLANEOUS COVER SHEET. Notice to Attorney James Patrick Connor. Attorney must electronically file the Miscellaneous Cover Sheet. Use the event type Miscellaneous Cover Sheet found under the event list Other Documents. (bcu)** (Entered: 11/12/2021) |
| 11/12/2021 | 2 | BRIEF re: 1 Petition to Enforce Administrative Subpoena *(Memorandum in Support of Application for Order to Show Cause and for an Order Requiring Compliance with Subpoenas)*. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 3 | MISCELLANEOUS COVER SHEET filed..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 4 | NOTICE of Declaration of Roger J. Landsman re: 2 Brief, 1 Petition to Enforce Administrative Subpoena. Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, |

| | | |
|---|---|---|
| | | # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18).(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 5 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** </font PROPOSED ORDER. Document filed by U.S. Securities and Exchange Commission..(Connor, James) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 11/16/2021 (dt). (Entered: 11/12/2021) |
| 11/12/2021 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to No. 1:21−cv−08701−JPO. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 7 | MOTION for James Patrick Connor to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit VA Certificate of Good Standing, # 4 Text of Proposed Order).(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | | Case Designated ECF. (bcu) (Entered: 11/12/2021) |
| 11/12/2021 | | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(bcu) (Entered: 11/12/2021) |
| 11/15/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for James Patrick Connor to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 11/15/2021) |
| 11/15/2021 | 8 | LETTER MOTION to Consolidate Cases 21cv8701 addressed to Judge Gregory H. Woods from Douglas W. Henkin dated November 15, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/15/2021) |
| 11/16/2021 | | **\*\*\*NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Connor, James to RE−FILE Document 5 Proposed Order. Use the event type Proposed Order to Show Cause found under the event list Proposed Orders. (dt)** (Entered: 11/16/2021) |
| 11/16/2021 | | CASE ACCEPTED AS RELATED. Create association to 1:21−cv−08701−JPO. Notice of Assignment to follow. (aea) (Entered: 11/16/2021) |
| 11/16/2021 | | NOTICE OF CASE REASSIGNMENT to Judge J. Paul Oetken. Judge Gregory H. Woods is no longer assigned to the case. (aea) (Entered: 11/16/2021) |
| 11/16/2021 | 9 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by U.S. Securities and Exchange Commission..(Connor, James) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 11/16/2021) |
| 11/16/2021 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 9 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (dt)** (Entered: 11/16/2021) |
| 11/17/2021 | 10 | LETTER RESPONSE to Motion addressed to Judge J. Paul Oetken from James P. Connor, Counsel for SEC dated November 17, 2021 re: 8 LETTER MOTION to Consolidate Cases 21cv8701 addressed to Judge Gregory H. Woods from Douglas W. Henkin dated November 15, 2021. . Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/17/2021) |
| 11/17/2021 | 11 | LETTER addressed to Judge J. Paul Oetken from Douglas W. Henkin dated November 17, 2021 re: Terraform Labs PTE, Ltd. and Do Kwon's Reply to the SEC's Letter |

| | | |
|---|---|---|
| | | Response, ECF No. 10 . Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/17/2021) |
| 11/18/2021 | 12 | LETTER addressed to Judge J. Paul Oetken from James P. Connor, Counsel for SEC dated November 18, 2021 re: Response to Respondents' November 17, 2021 Letter. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/18/2021) |
| 11/19/2021 | 13 | LETTER addressed to Judge J. Paul Oetken from Douglas W. Henkin re: Response to SEC's Letter dated November 18, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/19/2021) |
| 11/22/2021 | | SCHEDULING ORDER: A TELEPHONE CONFERENCE WILL BE HELD BEFORE JUDGE J. PAUL OETKEN ON FRIDAY, DECEMBER 3, 2021, AT 2:00 P.M. COUNSEL SHOULD CALL (888) 557–8511 AT THE SCHEDULED TIME. THE ACCESS CODE IS 9300838. COUNSEL SHOULD BE PREPARED TO DISCUSS THE ISSUES IN THE LETTERS AT 10 , 11 , 12 , AND 13 . (HEREBY ORDERED by Judge J. Paul Oetken) (Text Only Order) (brl) (Entered: 11/22/2021) |
| 11/23/2021 | 14 | ORDER granting 7 Motion to Appear Pro Hac Vice. GRANTED. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (bh) (Entered: 11/23/2021) |
| 12/03/2021 | 15 | ORDER: RESPONDENTS SHALL FILE A RESPONSE TO THE PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA AT 1 ON OR BEFORE 12/17/2021. PETITIONER SHALL FILE A REPLY, IF ANY, ON OR BEFORE 12/23/2021. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (brl) (Entered: 12/03/2021) |
| 12/03/2021 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Telephonic Status Conference held on 12/3/2021. Respondent's response to the pending motion is due by December 17, 2021 with replies due by December 24, 2021. (see transcript) (bh) (Entered: 12/03/2021) |
| 12/14/2021 | 16 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/3/2021 before Judge J. Paul Oetken. Court Reporter/Transcriber: Martha Martin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/4/2022. Redacted Transcript Deadline set for 1/14/2022. Release of Transcript Restriction set for 3/14/2022..(Moya, Goretti) (Entered: 12/14/2021) |
| 12/14/2021 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/3/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 12/14/2021) |
| 12/17/2021 | 18 | OPPOSITION BRIEF re: 1 Petition to Enforce Administrative Subpoena *RESPONDENTS OPPOSITION*. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 12/17/2021) |
| 12/17/2021 | 19 | DECLARATION of HAN CHANG JOON in Opposition re: 1 Petition to Enforce Administrative Subpoena. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 12/17/2021) |
| 12/18/2021 | 20 | DECLARATION of Stephen J. Senderowitz in Opposition re: 1 Petition to Enforce Administrative Subpoena. Document filed by Do Kwon, Terraform Labs Pte Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6).(Henkin, Douglas) (Entered: 12/18/2021) |
| 12/21/2021 | 21 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge J. Paul Oetken from James P. Connor dated December 21, 2021. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 12/21/2021) |

| | | |
|---|---|---|
| 12/27/2021 | 22 | BRIEF *(Reply Brief in Support of Application for an Order Requiring Compliance With Subpoenas)*. Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit Exhibit A (SEC Reply Brief in SEC v. Deloitte Touche Tohmatsu CPA Ltd.), # 2 Exhibit Exhibit B (Second Declaration of Roger J. Landsman)).(Connor, James) (Entered: 12/27/2021) |
| 12/28/2021 | 23 | LETTER MOTION for Leave to File Sur−Reply addressed to Judge J. Paul Oetken from Douglas W. Henkin dated December 28, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Henkin, Douglas) (Entered: 12/28/2021) |
| 12/29/2021 | 24 | LETTER RESPONSE in Opposition to Motion addressed to Judge J. Paul Oetken from James P. Connor dated December 29, 2021 re: 23 LETTER MOTION for Leave to File Sur−Reply addressed to Judge J. Paul Oetken from Douglas W. Henkin dated December 28, 2021. . Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Connor, James) (Entered: 12/29/2021) |
| 01/20/2022 | 25 | ORDER granting 21 Letter Motion for Extension of Time to File Response/Reply: GRANTED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (brl) (Entered: 01/20/2022) |
| 02/09/2022 | 26 | ORDER denying 23 Letter Motion for Leave to File Document: THE REQUEST TO STRIKE REPLY BRIEF OR FILE A SUR−REPLY IS DENIED. HOWEVER, THE COURT WILL SCHEDULE ORAL ARGUMENT SHORTLY. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 02/09/2022) |
| 02/14/2022 | 27 | ORDER: ORAL ARGUMENT ON THE PENDING APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA WILL BE HELD BY TELEPHONE ON THURSDAY, FEBRUARY 17, 2022, AT 11:00 A.M. AT THAT TIME COUNSEL AND ANY INTERESTED PARTIES SHALL DIAL 888−557−8511 AND ENTER ACCESS CODE 9300838. (HEREBY ORDERED by Judge J. Paul Oetken) (Text Only Order) (Oetken, J.) (Entered: 02/14/2022) |
| 02/17/2022 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Oral Argument held on 2/17/2022. Order to follow. See transcript. (bh) (Entered: 02/17/2022) |
| 02/17/2022 | 28 | ORDER: The U.S. Securities and Exchange Commission (SEC) filed this application for an order requiring compliance with investigative subpoenas for documents and testimony served on Terraform Labs PTE, Ltd. (Terraform) and its co−founder and chief executive officer, Do Kwon, in September 2021 in connection with the SECs investigation entitled In the Matter of Mirror Protocol (File No. HO−14164). The Court has reviewed all the parties filings and held oral argument on February 17, 2022, by telephone conference. For the reasons stated on the record at the February 17, 2022 conference, the SEC's application is GRANTED, and Terraform and Kwon are hereby ordered to comply with the above− referenced subpoenas. This order is STAYED for 14 days to permit further briefing regarding a potential stay pending any appeal of this order. SO ORDERED. (Signed by Judge J. Paul Oetken on 2/17/2022) (js) (Entered: 02/17/2022) |
| 02/22/2022 | 29 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** NOTICE OF APPEAL from 28 Order,,,. Document filed by Do Kwon, Terraform Labs Pte Ltd.. Filing fee $ 505.00, receipt number ANYSDC−25765184. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Henkin, Douglas) Modified on 2/23/2022 (wb). (Entered: 02/22/2022) |
| 02/23/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Douglas Henkin to RE−FILE Document No. 29 Notice of Appeal,.. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal;. Re−file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. (wb)** (Entered: 02/23/2022) |
| 02/23/2022 | 30 | NOTICE OF INTERLOCUTORY APPEAL from 28 Order,,,. Document filed by Do Kwon, Terraform Labs Pte Ltd.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Henkin, Douglas) (Entered: 02/23/2022) |

| | | |
|---|---|---|
| 02/23/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 30 Notice of Interlocutory Appeal..(wb) (Entered: 02/23/2022) |
| 02/23/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 30 Notice of Interlocutory Appeal filed by Terraform Labs Pte Ltd., Do Kwon were transmitted to the U.S. Court of Appeals. (wb) (Entered: 02/23/2022) |
| 02/23/2022 | | Appeal Fee Paid electronically via Pay.gov: for 30 Notice of Interlocutory Appeal. Filing fee $ 505.00. Pay.gov receipt number ANYSDC–25765184, paid on 2/22/2022..(wb) Modified on 2/23/2022 (wb). (Entered: 02/23/2022) |
| 02/23/2022 | 31 | LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 23, 2022. Document filed by Do Kwon, Terraform Labs Pte Ltd.. (Attachments: # 1 Exhibit A).(Henkin, Douglas) (Entered: 02/23/2022) |