UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Applicant,

            -v-

TERRAFORM LABS PTE Ltd. and
DO KWON,

                    Respondents.

21-MC-810 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The U.S. Securities and Exchange Commission ("SEC") filed this application for an order requiring compliance with investigative subpoenas for documents and testimony served on Terraform Labs PTE, Ltd. ("Terraform") and its co-founder and chief executive officer, Do Kwon, in September 2021 in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164). The Court has reviewed all the parties' filings and held oral argument on February 17, 2022, by telephone conference.

    For the reasons stated on the record at the February 17, 2022 conference, the SEC's application is GRANTED, and Terraform and Kwon are hereby ordered to comply with the above-referenced subpoenas.

    This order is STAYED for 14 days to permit further briefing regarding a potential stay pending any appeal of this order.

    SO ORDERED.

Dated: February 17, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge