**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 25, 2022
Docket #: 22-368
Short Title: United States Securities and Exchange Commission v. Terraform Labs Pte Ltd.

DC Docket #: 21-mc-810
DC Court: SDNY (NEW YORK CITY)
DC Judge: Oetken

# NOTICE OF RECORD ON APPEAL FILED

In the above referenced case the document indicated below has been filed in the Court.

\_\_\_\_     Record on Appeal - Certified List

\_\_\_\_     Record on Appeal - CD ROM

\_\_\_\_     Record on Appeal - Paper Documents

\_\_X\_\_     Record on Appeal - Electronic Index

\_\_\_\_     Record on Appeal - Paper Index

Inquiries regarding this case may be directed to 212-857-8577.