# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: U.S. Securities and Exchange Commission v. Terraform Labs    Docket No.: 22-368

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Eric Reicher

Firm: U.S. Securities and Exchange Commission

Address: 100 F. St., NE 20549

Telephone: 202-551-7921    Fax: 202-772-9263

E-mail: reichere@sec.gov

Appearance for: U.S. Securities and Exchange Commission
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Michael Conley/U.S. Securities and Exchange Commission)
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a    OR

[ ] I applied for admission on     .

Signature of Counsel: /s/ Eric Reicher

Type or Print Name: Eric Reicher