# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**   **2. PLEASE TYPE OR PRINT**   **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| United States Securities and Exchange Commission, Petitioner - Appellee, v. Terraform Labs Pte Ltd., Do Kwon, Respondents-Appellants | SDNY | Hon J. Paul Oetken |
| | Date the Order or Judgment Appealed from was Entered on the Docket: February 17, 2020 | District Court Docket No.: 1:21-mc-00810 |
| | Date the Notice of Appeal was Filed: February 23, 2022 | Is this a Cross Appeal? ☐ Yes ☑ No |

**Attorney(s) for Appellant(s):** ☐ Plaintiff ☑ Defendant

Counsel's Name / Address / Telephone / Fax / E-mail:
Douglas W. Henkin;
DENTONS US LLP; 1221 Avenue of the Americas
New York, NY 10020; Telephone: (212) 768-6832
Fax: (212) 768-6800; doug.henkin@dentons.com

**Attorney(s) for Appellee(s):** ☑ Plaintiff ☐ Defendant

Counsel's Name / Address / Telephone / Fax / E-mail:
Eric Reicher
U.S. Securities and Exchange Commission
100 F. Street, NE, Washington, D.C. 20549
(202) 551-7921; reichere@sec.gov

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? ☐ Yes ☑ No |
|---|---|---|---|
| Yes | 44 | 0 | If Yes, provide the following: Case Name: / 2d Cir. Docket No.: / Reporter Citation: (i.e., F.3d or Fed. App.) |

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
- ☑ U.S. a party
- ☐ Federal question (U.S. not a party)
- ☐ Diversity
- ☐ Other (specify): _____

**2. Appellate Jurisdiction**
- ☑ Final Decision
- ☐ Interlocutory Decision Appealable As of Right
- ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- ☐ Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C** (Rev. October 2016)

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

**1. Stage of Proceedings**
- [✓] Pre-trial
- [ ] During trial
- [ ] After trial

**2. Type of Judgment/Order Appealed**
- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [✓] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict
- [ ] Other (specify):

**3. Relief**
- [ ] Damages:
  - Sought: $_____
  - Granted: $_____
  - Denied: $_____
- [ ] Injunctions:
  - Preliminary
  - Permanent
  - Denied

Order enforcing subpoenas

## PART C: NATURE OF SUIT (Check as many as apply)

**1. Federal Statutes**
- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [ ] Other (specify): _____
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright □ Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [✓] Securities
- [ ] Tax

**2. Torts**
- [ ] Admiralty/Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**
- [ ] Admiralty/Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**
- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**
- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): _____
- [ ] Other (specify): _____

**6. General**
- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**
- [✓] Yes
- [ ] No

Will appeal raise a matter of first impression?
- [✓] Yes
- [ ] No

1. Is any matter relative to this appeal still pending below? [✓] Yes, specify: 21-cv-8701 (see below)   [ ] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal? [✓] Yes [ ] No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal? [✓] Yes [ ] No

If yes, state whether □ "A," or □ "B," or □ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Terraform Labs PTE, LTD, et and | 21-cv-08701 | | SDNY |

Name of Appellant: n/a

Date: 3/2/2022

Signature of Counsel of Record: *[signature]*

### NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C** (Rev. December 2016)

U.S. Securities and Exchange Commission
v.
Terraform Labs PTE Ltd., Do Kwon
22-368

Addendum A

1.      *A brief, but not perfunctory, description of the nature of the action.*  Respondents-Appellants Terraform Labs PTE Ltd. ("TFL") and Do Kwon appeal from an order granting the U.S. Securities and Exchange Commission's ("SEC") application for an order requiring compliance with investigative subpoenas issued to Appellants and purportedly served personally on Mr. Kwon, in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164).  TFL and Mr. Kwon contended that the attempted service of the subpoenas was in violation of the SEC's Rules Relating to Investigations and Rules of Practice, and that the District Court lacked personal jurisdiction over TFL and Mr. Kwon to require compliance.

2.      *The result below.* The District Court granted the SEC's application, concluding that although TFL and Mr. Kwon were represented by Dentons US LLP in connection with the investigation, the SEC's Rules of Practice did not require an order from the Commission authorizing personal service upon the person(s) represented.  In particular, the court held that Rule of Practice 150(b) did not govern the situation, and that Rule of Practice 150(d) separately authorized personal service by itself.  In addition, the District Court concluded it could exercise personal jurisdiction over TFL and Mr. Kwon after finding that both TFL and Mr. Kwon purposely availed themselves of the privilege of doing business in the United States in several respects it deemed causally connected to the basis for the SEC's subpoena.

3.      *A copy of the notice of appeal and a current copy of the lower court docket sheet.*  Attached as Exhibit A.

4.      *A copy of all relevant opinions/orders forming the basis for this appeal.*  The order and relevant portion of the hearing transcript are attached as Exhibit B.

**U.S. Securities and Exchange Commission**
**v.**
**Terraform Labs PTE Ltd., Do Kwon**
**22-368**

**Addendum B**

*Issues proposed to be raised on appeal, as well as the applicable appellate standard of review for each proposed issue.*

*First*, whether the District Court erred in concluding that Rule 150(b) of the SEC's Rules of Practice did not apply to—and thereby did not require an order from the Commission to authorize—the SEC's attempted service of investigative subpoenas personally and directly upon Mr. Kwon, even though there was no dispute that Mr. Kwon and TFL were represented by Dentons US LLP in connection with the SEC's investigation. The standard of review of a district court's decision to enforce or quash a subpoena is abuse of discretion. *McLane Co. v. E.E.O.C.*, 137 S. Ct. 1159, 1170, 197 L. Ed. 2d 500 (2017), as revised (Apr. 3, 2017). However, the primary questions for this Court are whether the District Court committed an error of law and errors of law are *per se* abuses of discretion. *United States v. Calderon*, 944 F.3d 72, 94 (2d Cir. 2019).

*Second*, whether the District Court erred in concluding it could exercise personal jurisdiction over TFL and Mr. Kwon based upon various alleged contacts between TFL and Mr. Kwon and the United States. "This Court typically reviews factual findings in a district court's decision on personal jurisdiction for clear error and its legal conclusions de novo." *Waldman v. Palestine Liberation Org.*, 835 F.3d 317, 327 (2d Cir. 2016).

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>TERRAFORM LABS PTE, LTD. and DO KWON,<br><br>Respondents. | Civil Action No. 1:21-mc-00810 (JPO)<br><br><br><u>**NOTICE OF APPEAL**</u> |

**PLEASE TAKE NOTICE** that Respondents Terraform Labs PTE Ltd. and Do Kwon appeal to the United States Court of Appeals for the Second Circuit from the Order dated and entered February 17, 2022 (Dkt. No. 28) granting the U.S. Securities and Exchange Commission's ("SEC") application for an order requiring compliance with investigative subpoenas for documents and testimony in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164).

Dated: February 22, 2022

Respectfully submitted,

<u>/s/ Douglas W. Henkin</u>
Douglas W. Henkin
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6832
Facsimile: (212) 768-6800

Nicholas W. Petts (*pro hac vice* forthcoming)
1900 K Street NW
Washington, D.C. 20006
Telephone: (202) 496-7356
Facsimile: (202) 496-7756

*Counsel for Respondents Do Kwon and Terraform Labs PTE, Ltd.*

**CERTIFICATE OF SERVICE**

      I, Douglas Henkin, an attorney, hereby certify that on February 22, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                        *s/ Douglas W. Henkin*
                                                         Douglas W. Henkin

Query    Reports    Utilities    Help    Log Out

APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21-mc-00810-JPO

| | |
|---|---|
| U.S. Securities and Exchange Commission v. Terraform Labs Pte Ltd. et al<br>Assigned to: Judge J. Paul Oetken<br>Related Case: [1:21-cv-08701-JPO](#)<br>Cause: M 18-304 Administrative Subpoena Proceedings | Date Filed: 11/12/2021 |

**Petitioner**

**U.S. Securities and Exchange Commission**    represented by **James Patrick Connor**
U.S. Securities and Exchange Commission (DC)
100 F Street, NE
Washington, DC 20549
202-551-8394
Email: connorja@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Terraform Labs Pte Ltd.**    represented by **Douglas W Henkin**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
212-768-6832
Email: douglas.henkin@dentons.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**Do Kwon**    represented by **Douglas W Henkin**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2021 | 1 | MISCELLANEOUS CASE INITIATING DOCUMENT - PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA against Do Kwon, Terraform Labs Pte Ltd..Document filed by U.S. Securities and Exchange Commission.(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE MISCELLANEOUS COVER SHEET. Notice to Attorney James Patrick Connor. Attorney must electronically file the Miscellaneous Cover Sheet. Use the event type Miscellaneous Cover Sheet found under the event list Other Documents. (bcu)** (Entered: 11/12/2021) |

| | | |
|---|---|---|
| 11/12/2021 | 2 | BRIEF re: 1 Petition to Enforce Administrative Subpoena *(Memorandum in Support of Application for Order to Show Cause and for an Order Requiring Compliance with Subpoenas)*. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 3 | MISCELLANEOUS COVER SHEET filed..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 4 | NOTICE of Declaration of Roger J. Landsman re: 2 Brief, 1 Petition to Enforce Administrative Subpoena. Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18).(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 5 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU - </font PROPOSED ORDER. Document filed by U.S. Securities and Exchange Commission..(Connor, James) Proposed Order to be reviewed by Clerk's Office staff.** Modified on 11/16/2021 (dt). (Entered: 11/12/2021) |
| 11/12/2021 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to No. 1:21-cv-08701-JPO. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | 7 | MOTION for James Patrick Connor to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Affidavit, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit VA Certificate of Good Standing, # 4 Text of Proposed Order).(Connor, James) (Entered: 11/12/2021) |
| 11/12/2021 | | Case Designated ECF. (bcu) (Entered: 11/12/2021) |
| 11/12/2021 | | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf-related-instructions. .(bcu) (Entered: 11/12/2021) |
| 11/15/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7 MOTION for James Patrick Connor to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 11/15/2021) |
| 11/15/2021 | 8 | LETTER MOTION to Consolidate Cases 21cv8701 addressed to Judge Gregory H. Woods from Douglas W. Henkin dated November 15, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/15/2021) |
| 11/16/2021 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Connor, James to RE-FILE Document 5 Proposed Order. Use the event type Proposed Order to Show Cause found under the event list Proposed Orders. (dt)** (Entered: 11/16/2021) |
| 11/16/2021 | | CASE ACCEPTED AS RELATED. Create association to 1:21-cv-08701-JPO. Notice of Assignment to follow. (aea) (Entered: 11/16/2021) |
| 11/16/2021 | | NOTICE OF CASE REASSIGNMENT to Judge J. Paul Oetken. Judge Gregory H. Woods is no longer assigned to the case. (aea) (Entered: 11/16/2021) |

| | | |
|---|---|---|
| 11/16/2021 | 9 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by U.S. Securities and Exchange Commission..(Connor, James) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 11/16/2021) |
| 11/16/2021 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 9 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (dt) (Entered: 11/16/2021) |
| 11/17/2021 | 10 | LETTER RESPONSE to Motion addressed to Judge J. Paul Oetken from James P. Connor, Counsel for SEC dated November 17, 2021 re: 8 LETTER MOTION to Consolidate Cases 21cv8701 addressed to Judge Gregory H. Woods from Douglas W. Henkin dated November 15, 2021. . Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/17/2021) |
| 11/17/2021 | 11 | LETTER addressed to Judge J. Paul Oetken from Douglas W. Henkin dated November 17, 2021 re: Terraform Labs PTE, Ltd. and Do Kwon's Reply to the SEC's Letter Response, ECF No. 10 . Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/17/2021) |
| 11/18/2021 | 12 | LETTER addressed to Judge J. Paul Oetken from James P. Connor, Counsel for SEC dated November 18, 2021 re: Response to Respondents' November 17, 2021 Letter. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 11/18/2021) |
| 11/19/2021 | 13 | LETTER addressed to Judge J. Paul Oetken from Douglas W. Henkin re: Response to SEC's Letter dated November 18, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 11/19/2021) |
| 11/22/2021 | | SCHEDULING ORDER: A TELEPHONE CONFERENCE WILL BE HELD BEFORE JUDGE J. PAUL OETKEN ON FRIDAY, DECEMBER 3, 2021, AT 2:00 P.M. COUNSEL SHOULD CALL (888) 557-8511 AT THE SCHEDULED TIME. THE ACCESS CODE IS 9300838. COUNSEL SHOULD BE PREPARED TO DISCUSS THE ISSUES IN THE LETTERS AT 10 , 11 , 12 , AND 13 . (HEREBY ORDERED by Judge J. Paul Oetken) (Text Only Order) (brl) (Entered: 11/22/2021) |
| 11/23/2021 | 14 | ORDER granting 7 Motion to Appear Pro Hac Vice. GRANTED. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (bh) (Entered: 11/23/2021) |
| 12/03/2021 | 15 | ORDER: RESPONDENTS SHALL FILE A RESPONSE TO THE PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA AT 1 ON OR BEFORE 12/17/2021. PETITIONER SHALL FILE A REPLY, IF ANY, ON OR BEFORE 12/23/2021. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (brl) (Entered: 12/03/2021) |
| 12/03/2021 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Telephonic Status Conference held on 12/3/2021. Respondent's response to the pending motion is due by December 17, 2021 with replies due by December 24, 2021. (see transcript) (bh) (Entered: 12/03/2021) |
| 12/14/2021 | 16 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/3/2021 before Judge J. Paul Oetken. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/4/2022. Redacted Transcript Deadline set for 1/14/2022. Release of Transcript Restriction set for 3/14/2022..(Moya, Goretti) (Entered: 12/14/2021) |

| | | |
|---|---|---|
| 12/14/2021 | 17 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/3/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 12/14/2021) |
| 12/17/2021 | 18 | OPPOSITION BRIEF re: 1 Petition to Enforce Administrative Subpoena *RESPONDENTS OPPOSITION*. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 12/17/2021) |
| 12/17/2021 | 19 | DECLARATION of HAN CHANG JOON in Opposition re: 1 Petition to Enforce Administrative Subpoena. Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 12/17/2021) |
| 12/18/2021 | 20 | DECLARATION of Stephen J. Senderowitz in Opposition re: 1 Petition to Enforce Administrative Subpoena. Document filed by Do Kwon, Terraform Labs Pte Ltd..(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6).(Henkin, Douglas) (Entered: 12/18/2021) |
| 12/21/2021 | 21 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge J. Paul Oetken from James P. Connor dated December 21, 2021. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 12/21/2021) |
| 12/27/2021 | 22 | BRIEF *(Reply Brief in Support of Application for an Order Requiring Compliance With Subpoenas)*. Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit Exhibit A (SEC Reply Brief in SEC v. Deloitte Touche Tohmatsu CPA Ltd.), # 2 Exhibit Exhibit B (Second Declaration of Roger J. Landsman)).(Connor, James) (Entered: 12/27/2021) |
| 12/28/2021 | 23 | LETTER MOTION for Leave to File Sur-Reply addressed to Judge J. Paul Oetken from Douglas W. Henkin dated December 28, 2021. Document filed by Do Kwon, Terraform Labs Pte Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Henkin, Douglas) (Entered: 12/28/2021) |
| 12/29/2021 | 24 | LETTER RESPONSE in Opposition to Motion addressed to Judge J. Paul Oetken from James P. Connor dated December 29, 2021 re: 23 LETTER MOTION for Leave to File Sur-Reply addressed to Judge J. Paul Oetken from Douglas W. Henkin dated December 28, 2021. . Document filed by U.S. Securities and Exchange Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Connor, James) (Entered: 12/29/2021) |
| 01/20/2022 | 25 | ORDER granting 21 Letter Motion for Extension of Time to File Response/Reply: GRANTED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (brl) (Entered: 01/20/2022) |
| 02/09/2022 | 26 | ORDER denying 23 Letter Motion for Leave to File Document: THE REQUEST TO STRIKE REPLY BRIEF OR FILE A SUR-REPLY IS DENIED. HOWEVER, THE COURT WILL SCHEDULE ORAL ARGUMENT SHORTLY. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.) (Entered: 02/09/2022) |
| 02/14/2022 | 27 | ORDER: ORAL ARGUMENT ON THE PENDING APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA WILL BE HELD BY TELEPHONE ON THURSDAY, FEBRUARY 17, 2022, AT 11:00 A.M. AT THAT TIME COUNSEL AND ANY INTERESTED PARTIES SHALL DIAL 888-557-8511 AND ENTER ACCESS CODE 9300838. (HEREBY ORDERED by Judge J. Paul Oetken) (Text Only Order) (Oetken, J.) (Entered: 02/14/2022) |

| | | |
|---|---|---|
| 02/17/2022 | | Minute Entry for proceedings held before Judge J. Paul Oetken: Oral Argument held on 2/17/2022. Order to follow. See transcript. (bh) (Entered: 02/17/2022) |
| 02/17/2022 | 28 | ORDER: The U.S. Securities and Exchange Commission (SEC) filed this application for an order requiring compliance with investigative subpoenas for documents and testimony served on Terraform Labs PTE, Ltd. (Terraform) and its co-founder and chief executive officer, Do Kwon, in September 2021 in connection with the SECs investigation entitled In the Matter of Mirror Protocol (File No. HO-14164). The Court has reviewed all the parties filings and held oral argument on February 17, 2022, by telephone conference. For the reasons stated on the record at the February 17, 2022 conference, the SEC's application is GRANTED, and Terraform and Kwon are hereby ordered to comply with the above-referenced subpoenas. This order is STAYED for 14 days to permit further briefing regarding a potential stay pending any appeal of this order. SO ORDERED. (Signed by Judge J. Paul Oetken on 2/17/2022) (js) (Entered: 02/17/2022) |
| 02/22/2022 | 29 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** NOTICE OF APPEAL from 28 Order,,,,. Document filed by Do Kwon, Terraform Labs Pte Ltd.. Filing fee $ 505.00, receipt number ANYSDC-25765184. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Henkin, Douglas) Modified on 2/23/2022 (wb). (Entered: 02/22/2022) |
| 02/23/2022 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Douglas Henkin to RE-FILE Document No. 29 Notice of Appeal,.. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal;. Re-file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents - attach the correct signed PDF - select the correct named filer/filers - select the correct order/judgment being appealed. (wb) (Entered: 02/23/2022) |
| 02/23/2022 | 30 | NOTICE OF INTERLOCUTORY APPEAL from 28 Order,,,,. Document filed by Do Kwon, Terraform Labs Pte Ltd.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Henkin, Douglas) (Entered: 02/23/2022) |
| 02/23/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 30 Notice of Interlocutory Appeal..(wb) (Entered: 02/23/2022) |
| 02/23/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 30 Notice of Interlocutory Appeal filed by Terraform Labs Pte Ltd., Do Kwon were transmitted to the U.S. Court of Appeals. (wb) (Entered: 02/23/2022) |
| 02/23/2022 | | Appeal Fee Paid electronically via Pay.gov: for 30 Notice of Interlocutory Appeal. Filing fee $ 505.00. Pay.gov receipt number ANYSDC-25765184, paid on 2/22/2022..(wb) Modified on 2/23/2022 (wb). (Entered: 02/23/2022) |
| 02/23/2022 | 31 | LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 23, 2022. Document filed by Do Kwon, Terraform Labs Pte Ltd.. (Attachments: # 1 Exhibit A).(Henkin, Douglas) (Entered: 02/23/2022) |
| 02/24/2022 | 32 | LETTER RESPONSE in Opposition to Motion addressed to Judge J. Paul Oetken from James P. Connor dated February 24, 2022 re: 31 LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 23, 2022. . Document filed by U.S. Securities and Exchange Commission.. (Connor, James) (Entered: 02/24/2022) |
| 02/24/2022 | 33 | LETTER RESPONSE in Opposition to Motion addressed to Judge J. Paul Oetken from James P. Connor dated February 24, 2022 re: 31 LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated |

| | | |
|---|---|---|
| | | February 23, 2022. *CORRECTED VERSION*. Document filed by U.S. Securities and Exchange Commission..(Connor, James) (Entered: 02/24/2022) |
| 02/24/2022 | 34 | LETTER REPLY to Response to Motion addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 24, 2022 re: 31 LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 23, 2022. . Document filed by Do Kwon, Terraform Labs Pte Ltd...(Henkin, Douglas) (Entered: 02/24/2022) |
| 02/28/2022 | 35 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/17/2022 before Judge J. Paul Oetken. Court Reporter/Transcriber: Eve Giniger, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/21/2022. Redacted Transcript Deadline set for 3/31/2022. Release of Transcript Restriction set for 5/31/2022..(Moya, Goretti) (Entered: 02/28/2022) |
| 02/28/2022 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/17/22 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/28/2022) |
| 03/01/2022 | 37 | ORDER denying 31 Letter Motion to Stay re: 31 LETTER MOTION to Stay re: 30 Notice of Interlocutory Appeal addressed to Judge J. Paul Oetken from Douglas W. Henkin dated February 23, 2022. Accordingly, Respondents request for a further stay pending appeal (Dkt. No. 31) is denied. So Ordered. (Signed by Judge J. Paul Oetken on 3/1/2022) (js) (Entered: 03/01/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/01/2022 13:47:13 | | | |
| **PACER Login:** | dentonsus1 | **Client Code:** | 15808004-000002-022025 |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-mc-00810-JPO |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

# **EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Applicant,

                    -v-

TERRAFORM LABS PTE Ltd. and
DO KWON,

                    Respondents.

21-MC-810 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

        The U.S. Securities and Exchange Commission ("SEC") filed this application for an order requiring compliance with investigative subpoenas for documents and testimony served on Terraform Labs PTE, Ltd. ("Terraform") and its co-founder and chief executive officer, Do Kwon, in September 2021 in connection with the SEC's investigation entitled *In the Matter of Mirror Protocol* (File No. HO-14164). The Court has reviewed all the parties' filings and held oral argument on February 17, 2022, by telephone conference.

        For the reasons stated on the record at the February 17, 2022 conference, the SEC's application is GRANTED, and Terraform and Kwon are hereby ordered to comply with the above-referenced subpoenas.

        This order is STAYED for 14 days to permit further briefing regarding a potential stay pending any appeal of this order.

        SO ORDERED.

Dated: February 17, 2022
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge

1    jurisdiction point, because Mr. Connor focused on it so much, I
2    would again refer back to *Burnham*, *Hoechst*, and the *Reich*
3    cases, which make clear, although Mr. Connor is correct that
4    *Burnham* was a plurality case, was a plurality decision, the
5    Supreme Court stated it may be that general jurisdiction
6    applies only to corporations. And then the *Hoechst* case said
7    that it wasn't clear that general jurisdiction could ever be
8    held over a private nonresident defendant, i.e., an individual.
9    So there is significant doubt, at least at the federal level
10   and also at the state level, whether general jurisdiction can
11   ever be asserted over a two-legged entity as opposed to a
12   corporate entity.
13           THE COURT: All right. Thank you for your arguments.
14   I am going to rule.
15           There are two issues before me. One is whether there
16   was proper service. And on this, I rule that there was proper
17   service. I think Rule 150(a) applies, specifically by its
18   terms, when service is required to be made upon a person
19   represented by counsel who has filed a notice of appearance,
20   and (c) provides for and allows service by handing a copy of
21   the person required to be served, and I think that does require
22   proper service.
23           Mr. Henkin is a very smart lawyer and has made clever
24   arguments about how, because the respondents were represented
25   by counsel, service had to be made kind of as service through

1 counsel, but I just don't think Rule 150(a) applies by its
2 terms. And there really is no authority for respondents'
3 position, other than a reply brief by the SEC which is not
4 authority. In any event, I think that that is distinguishable.
5 It's not binding on me. In any event, I think the plain
6 language of Rule 150 permits the service that was made here.
7 And I think the reading proposed by respondents would read out
8 Rule 150(c). This purported gap that respondents' position
9 would create between being personally served and being served
10 through counsel that has "appeared" is illusory and reflects a
11 misreading of SEC rules.
12 With respect to personal jurisdiction, I don't need to
13 decide the general jurisdiction question because I find that
14 there is specific personal jurisdiction with respect to both
15 Kwon and Terraform Labs because they purposely availed
16 themselves of the privilege of doing business in the United
17 States in several respects that are directly causally connected
18 to the basis for the subpoena at issue here in the sense of
19 but-for causation.
20 They promoted the Mirror Protocol and MIR tokens
21 through Terraform's website, web application, social media
22 accounts, interviews, and U.S. media.
23 Second, Kwon corresponded with U.S. digital asset
24 trading platform Coinbase regarding a listing of MIR tokens,
25 which is the governance token of the Mirror Protocol, leading

1 to a contract between Terraform and the U.S.-based trading
2 platform on the listing of MIR tokens.
3     Third, Kwon and a Terraform subsidiary entered into an
4 agreement with the U.S.-based digital trading platform under
5 which the U.S. entity paid at least $200,000 for MIR tokens.
6     Fourth, there was a custody agreement entered with a
7 U.S.-based entity for storing digital assets on behalf of
8 Terraform.
9     Fifth, there are employees in United States, including
10 the general counsel, which I think is telling.
11     Sixth, the mAssets mimic U.S. stocks and are plainly
12 being offered to U.S. customers.
13     And, finally, there is this sponsorship. I note that
14 there is an NBC Sports online article from February 9, which
15 says, "The Nationals announced Wednesday a partnership with the
16 cryptocurrency community Terra, a decentralized autonomous
17 organization run by stakeholders rather than a traditional
18 corporate structure. As part of the agreement, the
19 cryptocurrency Terra USD could be accepted at Nationals Park as
20 a form of payment as early as next season."
21     Finally, I note that some of the cases that Mr. Henkin
22 has, understandably and quite persuasively, relied on are
23 different because this is a different kind of entity, and that
24 is exactly what is being explored by the SEC. And the fact
25 that this is something that was sort of kicked off and then

1  managed on an ongoing basis by the community makes it different
2  from a lot of prior case law, and that is exactly what the SEC
3  I think is exploring.
4      Taken all together, I think that there are clearly
5  sufficient contacts and sufficient personal availment
6  authorizing specific jurisdiction over both Kwon and Terraform,
7  and I find that service is proper, and therefore the
8  application to enforce the subpoena is granted.
9      MR. HENKIN:  Your Honor, at this point, Mr. Kwon and
10  TFL would like to seek a stay of your order pending appeal
11  under FRAP 8.  Would you like us to address that now while we
12  are on the call or in some other manner?
13      THE COURT:  How long would you like a stay?  I can't
14  remember if the rule provides a specific period.
15      MR. HENKIN:  The rule does not provide a specific
16  period.  We will obviously be filing a notice of appeal, and we
17  will ask for expedited treatment, expedited handling of the
18  appeal.  So we can get the notice of appeal filed as soon as
19  there is an order from which we can appeal, and we will get
20  that done expeditiously.  If your Honor filed it today, I would
21  promise you that we will get the notice of appeal filed no
22  later than Monday, or Tuesday, actually, because Monday is a
23  holiday, so to have the stay pending.  We would also file a
24  request for an expedited hearing by the Second Circuit.  So we
25  would ask for the stay to last for at least three months or