# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-two.

Before:        Myrna Pérez,
                      *Circuit Judge,*

---

United States Securities and Exchange Commission,

    *Petitioner - Appellee*,

v.

Terraform Labs Pte Ltd., Do Kwon,

    *Respondents- Appellants*.

---

**ORDER**

Docket No. 22-368

    Appellants move for an interim stay of the district court's decision enforcing the Securities and Exchange Commission's subpoenas, for a stay pending appeal of the district court's decision, and for expedited briefing and argument of this appeal.

    IT IS HEREBY ORDERED that Appellants' motion for an interim stay is DENIED and the motions for a stay pending appeal and to expedite the appeal are REFERRED to the next available three-judge motions panel.

                                For the Court:
                                Catherine O'Hagan Wolfe,
                                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 3/03/2022