**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: March 10, 2022　　　　　　　　　　DC Docket #: 21-mc-810
Docket #: 22-368cv　　　　　　　　　　　DC Court: SDNY (NEW YORK CITY)
Short Title: United States Securities v. Terraform Labs Pte Ltd.　　　DC Judge: Oetken

# NOTICE OF MOTION PLACED ON THE CALENDAR

Motions for a stay pending appeal and to expedite filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 22, 2022.

Inquiries regarding this case may be directed to 212-857-8595.