S.D.N.Y.—N.Y.C.
21-mc-810
Oetken, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day or March, two thousand twenty-two.

Present:
    José A. Cabranes,
    Reena Raggi,
    Susan L. Carney,
        *Circuit Judges*.

United States Securities and Exchange Commission,

    *Petitioner-Appellee*,

v.                    No. 22-368

Terraform Labs Pte Ltd. and Do Kwon,

    *Respondents-Appellants*.

Appellants move for a stay of the District Court's order pending appeal and expedited briefing and consideration of their appeal. Upon due consideration, it is hereby ORDERED that:
    (1) The motion for a stay of the District Court's order pending appeal is DENIED; and
    (2) On consent, the motion for expedited briefing and consideration of the appeal is GRANTED.

On consent, the expedited briefing schedule proposed by Appellants is hereby adopted. Accordingly, Appellants' opening brief is due on **March 15, 2022**; Appellee's opposition brief is due on **March 29, 2022**; and Appellants' reply brief is due on **April 5, 2022**. The matter is REFERRED to the next available merits panel. SO ORDERED.

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk of Court

