**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: March 15, 2022 | DC Docket #: 21-mc-810 |
| Docket #: 22-368 | DC Court: SDNY (NEW YORK CITY) |
| Short Title: United States Securities v. Terraform Labs Pte Ltd. | DC Judge: Oetken |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8523.