

**Douglas W. Henkin**

douglas.henkin@dentons.com
D   +1 212-768-6832

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re:   *United States Securities and Exchange Commission v Terraform Labs Pte, LTD. et ano.*, No. 22-368

Dear Ms. Wolfe,

   Pursuant to Fed. R. App. P. 28(j) and as discussed at oral argument,

████████████████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████" ████████████
████████████████████████████████████████████████████████████
████████████████

   ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▌ ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

**SUBMITTED UNDER SEAL BY PERMISSION FROM THE PANEL
GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022
CC COUNSEL OF RECORD VIA EMAIL**

**Fernanda Lopes & Associados ► Guevara & Gutierrez ► Paz Horowitz Abogados ► Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ►** For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms



Hon. Catherine O'Hagan Wolfe
April 26, 2022
Page 2

dentons.com

[REDACTED]

Respectfully submitted,

/s/ *Douglas W. Henkin*

Douglas W. Henkin

---

- [REDACTED]

- [REDACTED]

**SUBMITTED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022
CC COUNSEL OF RECORD VIA EMAIL**



## CERTIFICATE OF COMPLIANCE WITH
## FEDERAL RULE OF APPELLATE PROCEDURE 28(j)

I hereby certify that this letter complies with Fed. R. App. P. 28(j), as modified by the Panel's grant of 150 additional words at oral argument, because it contains 485 words according to the count of Microsoft Word.

*/s/ Douglas W. Henkin*
Douglas W. Henkin
*Counsel for Respondents-Appellants*

**SUBMITTED UNDER SEAL BY PERMISSION FROM THE PANEL
GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022
CC COUNSEL OF RECORD VIA EMAIL**



## CERTIFICATE OF SERVICE

On this 26th day of April, 2022 an unredacted copy of the foregoing, including attachments thereto, was provided to counsel of record by electronic mail.

*/s/ Douglas W. Henkin*  
Douglas W. Henkin  
*Counsel for Respondents-Appellants*

**SUBMITTED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022 CC COUNSEL OF RECORD VIA EMAIL**