**SEALED FRAP 28(J) LETTER**