

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Office of the General Counsel, Office of Litigation and Administrative Practice
100 F. Street NE
Washington, DC 20549-9612

**OFFICE OF THE GENERAL COUNSEL**

Eric A. Reicher
Special Trial Counsel
202-551-7921

April 27, 2022

Hon Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
NY, NY 10007

      Re:    <u>SEC v. Terraform Labs Pte, Ltd. and Do Kwon, No. 22-368</u>

Dear Ms. Wolfe:

As authorized by the Court at oral argument, this responds to Appellants' Rule 28(j) letter dated April 26, 2022.



Hon. Catherine O'Hagan Wolfe
April 27, 2022
Page 2



Sincerely,

*/s/ Eric A. Reicher*

Eric A. Reicher

_____

<sup>1</sup> 

**CERTIFICATE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 28(j)**

I hereby certify that this letter complies with Fed. R. App. P. 28(j), as modified by the Panel's grant of 150 additional words at oral argument, because the body of the letter contains 475 words according to the count from Microsoft Word.

*/s/ Eric A. Reicher*
Eric A. Reicher
*Counsel for Appellee*

**CERTIFICATE OF SERVICE**

On this 27th day of April 2022, I certify that I provided an unredacted copy of the

forgoing, including the attachment, to counsel of record by electronic mail.


*/s/ Eric A. Reicher*
Eric A. Reicher
*Counsel for Appellee*