

| | | |
|---|---|---|
| | **Douglas W. Henkin** | Dentons US LLP |
| | douglas.henkin@dentons.com | 1221 Avenue of the Americas |
| | D  +1 212-768-6832 | New York, NY  10020-1089 |
| | | United States |
| | | |
| | | dentons.com |

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States Securities and Exchange Commission v Terraform Labs Pte, LTD. et ano.*, No. 22-368

Dear Ms. Wolfe,

    Appellants respectfully request that the Court consider this response to the SEC's letter dated April 27, 2022 ("SEC Letter").

[text redacted]

**FILED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022**

**Fernanda Lopes & Associados** ► **Guevara & Gutierrez** ► **Paz Horowitz Abogados** ► **Sirote** ► **Adepetun Caxton-Martins Agbor & Segun** ► **Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms



Hon. Catherine O'Hagan Wolfe
April 28, 2022
Page 2

dentons.com



          Respectfully submitted,

          /s/ Douglas W. Henkin

          Douglas W. Henkin

**FILED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022**



Hon. Catherine O'Hagan Wolfe  
April 28, 2022  
Page 3

dentons.com

# CERTIFICATE OF COMPLIANCE WITH
# FEDERAL RULE OF APPELLATE PROCEDURE 28(j)

I hereby certify that this letter complies with Fed. R. App. P. 28(j) because it contains 339 words according to the count of Microsoft Word.

*/s/ Douglas W. Henkin*  
Douglas W. Henkin  
*Counsel for Respondents-Appellants*

**FILED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022**



Hon. Catherine O'Hagan Wolfe
April 28, 2022
Page 4

dentons.com

## CERTIFICATE OF SERVICE

On this 28th day of April, 2022 an unredacted copy of the foregoing, including attachments thereto, was provided to counsel of record by electronic mail.

      */s/ Douglas W. Henkin*
      Douglas W. Henkin
      *Counsel for Respondents-Appellants*

**FILED UNDER SEAL BY PERMISSION FROM THE PANEL GRANTED DURING ORAL ARGUMENT ON APRIL 26, 2022**