# SEALED FRAP 28(J) LETTER

# On behalf of Appellee United States Securities and Exchange Commissions