**SEALED FRAP 28(J) LETTER (reply to Appellee's FRAP 28(j) letter)**

**On behalf of Appellants Do Kwon and Terraform Labs Ptf Ltd**