# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 11, 2022

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Terraform Labs Pte Ltd., et al.
          v. Securities and Exchange Commission
          No. 22-332
          (Your No. 22-368)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 6, 2022 and placed on the docket October 11, 2022 as No. 22-332.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst